USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW MCDERMOTT,

                Plaintiff,

      -v-

SING TAO NEWSPAPERS NEW YORK LTD.,

                Defendant.

**ORDER FOR CONFERENCE PURSUANT TO RULE 16**

24-CV-7785 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

As was discussed in today's conference, the Court sets the following deadlines:

- Plaintiff will provide comments on the draft confidentiality/protective order by **August 6, 2025**.
- Defendant will respond to these comments by **August 8, 2025**.
- The parties will either jointly submit a single draft confidentiality/protective order, or the parties will separately submit their own draft confidentiality/protective orders, by **August 12, 2025**.
- Two days following the entry of a confidentiality/protective order, Plaintiff will produce the responsive documents that were identified in today's conference.
- Defendant will serve responses and objections to Plaintiff's interrogatories and requests to admit by **August 18, 2025**.
- Defendant will produce any remaining documents by **August 22, 2025**.
- Any motions to enforce third-party subpoenas must be filed by **September 3, 2025**.

1

- Depositions of the plaintiff and of Defendant's two witnesses identified in today's conference must be completed by **September 19, 2025**.
- All fact discovery will close on **October 3, 2025**. Any discovery dispute must be raised by premotion letter before this date. The parties should expect to be precluded from relying on documents and information not provided to the side by this date.
- Plaintiff will not offer expert testimony. Defendant's expert report(s) must be produced by **October 31, 2025**.
- Defendant's expert(s) must be deposed, if at all, by **December 12, 2025**.

**SO ORDERED.**

Dated: August 4, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge